AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, SECOND AMENDED COMPLAINT**
EFFECTED (1) BY ME: **JANE NUNN**
TITLE: **PROCESS SERVER**    DATE: **01/14/2011 02:01PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DOLLAR TREE STORES, INC.

Place where served:

C/O THE CORP. TRUST CO. - 820 BEAR TAVERN RD.  WEST TRENTON NJ 08628

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARGE PHILLIPS

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/17/2011

SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

DONNA CIULLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 30, 2013

ATTORNEY: DAVID STONE, ESQ.
PLAINTIFF: TELEBRANDS CORP.
DEFENDANT: TEE VEE BRANDS (USA), ET AL.
VENUE: DISTRICT
DOCKET: 2 10 CV 3730 SRC MAS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.