

AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, SECOND AMENDED COMPLAINT,** |
| EFFECTED (1) BY ME: | SHERRY FIELDS |
| TITLE: | **PROCESS SERVER**   DATE: 1/17/11@1115am |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:
GREENBRIER INTERNATIONAL INC

Place where served:
500 VOLVO PKWY, CHESAPEAKE, VA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
EEO SPECIALIST

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 45   HEIGHT: 5'5   WEIGHT: 140   SKIN: whte   HAIR: blnde   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 / 17 / 20 11

_Sherry Fields_ L.S.
SIGNATURE OF SHERRY FIELDS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | DAVID S STONE, ESQ |
| PLAINTIFF: | TELEBRANDS CORP |
| DEFENDANT: | TEE VEE BRANDS (USA), ET AL |
| VENUE: | DISTRICT N J |
| DOCKET: | 2 10 CV 3730 SRC MAS |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JSV