# GOTTLIEB, RACKMAN & REISMAN, P.C.

COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N. Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: Info@grr.com

GEORGE GOTTLIEB
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN

COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
BARRY R. LEWIN
JOSHUA R. MATTHEWS
ARIEL S. PEIKES
RACHEL M. WEISS

PATENT AGENTS
ZOYA V. CHERNINA

OF COUNSEL
JAMES REISMAN
MICHAEL I. RACKMAN
BARRY A. COOPER

July 13, 2012

**Via ECF**
Hon. Stanley R. Chesler
United States District Court for the
District of New Jersey
Federal Building and U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

Re:   Telebrands Corp. v. Tee Vee Brands (USA), et. al.
        10-CV-03730 (SRC)(MAS)

Dear Judge Chesler:

This firm represented Defendants Tee Vee Brands (USA), Tee Vee Brands International Ltd.[1], Telemarketers, Inc., and Vin Advani (collectively "TVB") in the above matter. For the reasons described below, we write to request:

(a) an adjournment of the Status Conference currently scheduled for July 20, 2012, and, if possible, for the conference to be rescheduled to the week of August 6, 2012; and

(b) a modification of the Order to exclude Defendants Greenbrier International Inc. and Dollar Tree Stores, Inc. from the requirement to attend the conference, since these defendants have nothing to do with the issues raised by Telebrands.

---

[1] The Tee Vee Brands Defendants have changed their name. Their new name is Creative Concepts. This name was specifically approved by Plaintiff.

1

Plaintiff consents to both of these requests.

Please also note that concurrently with this letter, TVB is filing another letter under seal with a more complete explanation as to why it believes there is good cause for the requested relief, and a response to Plaintiff's letter of July 6, 2012.

Respectfully submitted,<br>
GOTTLIEB, RACKMAN & REISMAN PC<br>
<br>
Richard S. Schurin

Enclosures
cc: D. Stone, Esq.
    A. Levine, Esq.