## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TELEBRANDS CORPORATION,** | 10 Civ. 3730 (SRC)(MAS) |
| **Plaintiff,** | **NOTICE OF MOTION TO SEAL MATERIALS UNDER L. CIV. R. 5.3(c)** |
| **v.** | |
| **TEE VEE BRANDS (USA) et. al** | |
| **Defendants.** | |

**PLEASE TAKE NOTICE** that on a date to be set by the court, Defendants Tee Vee Brands USA will move before the Honorable Michael Shipp, U.S.M.J., for an Order pursuant to Local Civil Rule 5.3 (c) to Seal Materials. Under Local Civil Rule 7.1(d)(4), no legal brief is required because all of the relevant proposed findings of fact and conclusions of law required by Local Rule 5.3(c)(2) have been put forth in the Declaration of Ariel Peikes.

Dated: July 16, 2012

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN, P.C.

By: _____

Ariel Peikes
Richard S. Schurin
Attorneys for Defendants
270 Madison Avenue, 8th Floor
New York, New York 10016-0601
(212) 684-3900