David S. Stone
Jason C. Spiro
Carolyn B. Rendell
Stone & Magnanini LLP
150 John F Kennedy Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
*Attorneys for Plaintiff Telebrands Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TELEBRANDS CORP., | X : : | |
| Plaintiff, | : : | 2:10-cv-03730 (SRC)(MAS) |
| v. | : : | |
| TEE VEE BRANDS (USA), et al, | : : | **[PROPOSED] ORDER GRANTING PLAINTIFF'S** |
| Defendants. | : : : X | **MOTION TO SEAL MATERIALS** |

**WHEREAS**, parties to this case entered into a Settlement Agreement ("the Agreement"), fully executed as of May 23, 2011, the terms of which are confidential;

**WHEREAS**, Telebrands Corp. ("Telebrands") has alleged violations of the Agreement and requested that the Court hold a conference to discuss those violations and Telebrands' intent to file a motion to set aside the order of dismissal in this matter and to enforce the Agreement;

**WHEREAS**, the parties have been ordered to appear before Judge Chesler on August 7, 2012 to discuss the allegations raised by Telebrands;

**WHEREAS**, the following materials contain either documents or information from such documents that have been designated as confidential by parties to this case:

a. The letter of David S. Stone to Honorable Stanley R. Chesler, and the Exhibits thereto, submitted *in camera* to The Honorable Judge Chesler on July 6, 2012 ("the Letter");

**WHEREAS**, the parties have agreed and continue to agree that the terms of the Agreement are confidential;

**WHEREAS**, the Agreement contains sensitive business information that the parties' competitors in the marketplace could utilize to gain an unfair advantage to the detriment of the parties;

**WHEREAS**, there is significant public interest in promoting the settlement of disputes;

**WHEREAS**, a clearly defined and serious injury to the parties could potentially result upon publication of the materials; and

**WHEREAS**, there is no less restrictive alternative available to the relief sought.

**IT IS HEREBY ORDERED** that:

Plaintiff's motion to seal materials is granted and the listed documents, submitted *in camera* to the Honorable Judge Chesler, shall be maintained under seal by the Court.

**SO ORDERED** that ___1st___ day of ___August___ 2012.

_____
Hon. Michael A. Shipp, U.S.M.J.