**GOTTLIEB, RACKMAN & REISMAN, P.C.**
COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N. Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

GEORGE GOTTLIEB
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN

COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
BARRY R. LEWIN
JOSHUA R. MATTHEWS
ARIEL S. PEIKES
RACHEL M. WEISS

PATENT AGENTS
ZOYA V. CHERNINA

OF COUNSEL
JAMES REISMAN
MICHAEL I. RACKMAN
BARRY A. COOPER

August 2, 2012

**Via ECF**
Hon. Stanley R. Chesler
United States District Court for the
District of New Jersey
Federal Building and U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

    Re:    Telebrands Corp. v. Tee Vee Brands (USA), et. al.
             10-CV-03730 (SRC)(MAS)

Dear Judge Chesler:

    This firm represented Defendants Tee Vee Brands (USA), Tee Vee Brands International Ltd.[1], Telemarketers, Inc., and Vin Advani (collectively "TVB") in the above matter. TVB submits this letter to request that the Court confirm that Defendants Dollar Tree Stores, Inc. and Greenbrier International, Inc. (collectively "Dollar Tree") need not attend the settlement conference currently scheduled for August 7, 2012.

    We note that Plaintiff's counsel has previously confirmed that none of the issues raised in its correspondence with the Court involve Dollar Tree, and Plaintiff also agrees that it is unnecessary for Dollar Tree to attend this conference. Please see the attached e-mail correspondence. Accordingly, Plaintiff consents to this request.

                                Respectfully submitted,
                                GOTTLIEB, RACKMAN & REISMAN PC

                                Richard S. Schurin

Enclosure
cc:    D. Stone, Esq.
        A. Levine, Esq.

---

[1] The Tee Vee Brands Defendants have changed their name. Their new name is Creative Concepts.

## Richard Schurin

| | |
|---|---|
| **From:** | Jason Spiro <JSpiro@stonemagnalaw.com> |
| **Sent:** | Wednesday, August 01, 2012 7:53 PM |
| **To:** | Richard Schurin |
| **Cc:** | David Stone; Ariel S. Peikes |
| **Subject:** | RE: Telebrands |

Rich,

We've spoken to our client, and our client is unfortunately unavailable for a meeting prior to the conference. We believe that the conference is important to moving forward with resolving these issues and our client is open to meeting soon after the conference to resolve any outstanding issues.

We agree that Dollar Tree does not need to be present at the conference.

Jason

---

**From:** Richard Schurin [mailto:rschurin@grr.com]
**Sent:** Wednesday, August 01, 2012 3:20 PM
**To:** Jason Spiro
**Cc:** David Stone; Ariel S. Peikes
**Subject:** Telebrands

Jason,

I am writing to follow up on our discussions. You were to get me a list of the open items, so that my client could address them in advance of the conference. Please get me that list ASAP. Perhaps we can even meet in person to try to resolve these things.
Also, please know that all the Defendants previously known as Tee Vee Brands will be represented at the conference by Vin Advani. This will also confirm again that you agree that Dollar Tree need not be present.

Thanks,

Rich

Richard S. Schurin, Esq.
Partner
Gottlieb, Rackman & Reisman P.C.
270 Madison Avenue, 8th Floor
New York, N.Y. 10016
212-684-3900
212-684-3999
rschurin@grr.com

This message is intended solely for the use of the Addressee and may contain information that is PRIVILEGED and/or CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank You.