# STONE ⋈ MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

August 14, 2012

**VIA CM/ECF**

Honorable Stanley R. Chesler
United States District Court for the
District of New Jersey
U.S. Post Office & Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Telebrands Corp. v. Tee Vee Brands
Case No. 10-CV-03730 (SRC) (MAS)

Dear Judge Chesler:

We represent Plaintiff Telebrands Corp. ("Telebrands") in the above captioned matter. As we indicated in our telephone call to Your Honor's chambers, we are writing on behalf of Telebrands and defendants Tee Vee Brands International, Ltd., Telemarketers, Inc. (d/b/a/ Tee Vee Brands USA) and Vin Advani (the "Tee Vee Brands Defendants") to respectfully request an extension of time to file the consent order from August 14, 2012 to August, 17, 2012. The parties have significantly progressed toward agreed upon language of a consent order, however, the additional three days of time would best serve both parties due to the clients' current oversees location and travel schedules.

We appreciate Your Honor's consideration in this matter. Please do not hesitate to contact us with any questions.

NEW YORK OFFICES   575 Lexington Avenue, New York NY 10022   P 212.644.5854
www.stonemagnalaw.com   www.false-claims.net

Honorable Stanley R. Chesler
August 14, 2012
Page 2

                                    Respectfully submitted,

                                    /s/ David S. Stone
                                    David S. Stone

cc: Richard Schurin, Esq.

SO ORDERED

STANLEY R. CHESLER, U.S.D.J.